UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DANIEL WILLS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 6:15-CV-01452-AA<br><br><br>JUDGMENT |

The Court has ordered that the Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings. Judgment is entered for Plaintiff.

Dated this  14  day of  June , 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ John C. LaMont
JOHN C. LAMONT
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3703

Page 1   JUDGMENT - [6:15-CV-01452-AA]